CR 03-1729-CBS

## AFFIDAVIT

I, Kenneth J. Benton, having been duly sworn, do hereby depose and say, that:

1.   I am a Special Agent ("SA") assigned to the Boston office of the Federal Bureau of Investigation ("FBI") and have been so assigned since December 1987.  I am currently assigned to the Boston Bank Robbery Task Force (the "Task Force"), which is comprised of personnel from the FBI, Massachusetts State Police and the Boston and Cambridge Police Departments.  I have been involved in numerous investigations involving bank robberies and interstate theft of stolen property.

2.   I am aware that Title 18 United States Code ("U.S.C."), Section 2113(a), makes it a crime for anyone to use force and violence, or intimidation, to take money belonging to or in the care, custody, control, management, possession of any federally insured bank.  Having said so, I make this affidavit in support of a criminal complaint charging an individual named Richard Cassano ("Cassano") with the robbery of Plymouth Savings Bank, 151 Campanelli Drive, Middleborough, Massachusetts ("MA"), on Tuesday, September 3, 2002, at approximately 9:39 a.m.

3.   The facts stated herein are based on my own personal

1

involvement in this investigation and my discussions with other

law enforcement officers also involved in this investigation.

In submitting this affidavit, however, I have not included each

and every fact known to me about this investigation, but only

those facts which I believe are sufficient to establish the

requisite probable cause.

    4.   As part of the investigation of the September 3, 2002,

robbery of Plymouth Savings Bank (a financial institution insured

by the Federal Deposit Insurance Corporation ("FDIC"), members of

the Middleborough Police Department ("Middleborough P.D.")

interviewed three tellers who were working at their assigned

teller window.  Collectively, the tellers stated that an unknown

male entered the bank and approached the teller stations yelling

for everyone to get down on the floor.  The robber was observed

brandishing a small, automatic type pistol.  One teller stated

the pistol appeared to be made out of plastic and the gun barrel

and trigger appeared to be plugged.  The robber jumped over the

teller counter and ordered two of the tellers to open their cash

drawer.  The tellers complied and opened their cash drawer.  The

robber removed United States currency in various denominations

from the cash drawers and placed it in a white, pillow case type

bag.  The robber then jumped back over the teller counter and

exited the bank through the front entry door.  The robber was

described as a male, approximately five feet ten inches tall,

approximately one hundred and sixty to one hundred and seventy

pounds, and wearing a gray sweatshirt, gray sweat pants with a

hole(s) in the knee(s) and thigh(s), green surgical gloves, and a

dark colored mask with eye holes cutout and a knot on the top.

5.   Members of the Middleborough P.D. interviewed two bank

employees and a bank customer.  Collectively, these individuals

stated that upon exiting the bank, the robber entered a red

colored vehicle, possibly a Chevrolet, bearing MA registration

number 655SKX.  The robber drove off and was observed driving

behind the NES Clothing Company ("NES") building, which is

located at 154 Campanelli Drive, Middleborough, MA.

6.   Members of the Middleborough P.D. interviewed three

individuals employed with NES.  On September 3, 2002, at

approximately 9:45 a.m., the three employees were standing in

back of the NES building, near the loading dock area.  The three

employees observed a Chevrolet automobile, red in color, and

bearing MA registration number 655SKX, drive passed them,

traveling at a high rate of speed.  This vehicle stopped beside a

water tower located at the south end of the loading dock area.

The driver exited the vehicle and climbed over an eight foot high

solid wood fence.  Clay Street is located on the other side of the fence.  The three individuals then heard a vehicle speed off. The driver was not wearing a mask when he exited the vehicle. The driver was described as a white male, approximately five feet eight inches to five feet ten inches tall, brown hair, and wearing a gray sweatshirt and sweat pants and a royal blue baseball hat.

7.   An audit conducted by bank personnel revealed that eighteen thousand and twenty six dollars ($18,026.00) was taken during the robbery.

8.   The bank audit also confirmed that pre-recorded bait money was taken by the robber.  The bait money taken consisted of 10 ten dollar ($10.00) bills, which included the following serial numbers; G58871573E, B82638761D, B05885236E, and A33404703B.

9.   Investigative efforts developed Cassano as a suspect in the robbery of Plymouth Savings Bank, on September 3, 2002.

10.  On September 4, 2002, Detective Lou Avitabile, Middleborough P.D., went to NES, at which time he presented a photo array to the three NES employees, individually.  The photo array included a photograph of Cassano.  Two of employees identified Cassano as the individual who, on the previous day (September 3, 2002), drove the red Chevrolet, bearing MA

registration number 655SKX, behind the NES building, exited this vehicle, and climbed over the wooden fence.

11.   On September 9, 2002, Cassano was arrested by members of the United States Marshals Service at the Radisson Hotel, Rockland, MA, based on a Probation Violation warrant.  Subsequent to his arrest, Deputy Marshals seized approximately seven thousand eight hundred and sixty six dollars ($7,866.00) from Cassano.  Included in this money were four pre-recorded bait bills taken during the robbery of Plymouth Savings Bank on September 3, 2002; serial numbers G58871573E, B82638761D, B05885236E, and A33404703B.

12.   On June 10, 2003, I was telephonically contacted by Lieutenant Michael Cross ("Cross"), Special Investigative Supervisor ("SIS"), Federal Correctional Institution ("FCI"), Ray Brook, New York.  Cross advised that on June 10, 2003, he received a hand written letter from Cassano, in which, Cassano requested Cross contact the Bank Robbery Task Force ("BRTF"), FBI, Boston office, and advise the BRTF that he is willing to cooperate.

13.   On June 12, 2003, Cross, Special Agent ("SA") Thomas Hopkins, United States Department of Justice, Office of Inspector General, and myself met with Cassano at FCI Ray Brook.  Prior to

any questions being asked of Cassano, I advised him of his rights, and he acknowledged, signing off on the Federal Bureau of Investigation ("FBI") form FD-395, "Advice of Rights."

14.   Cassano admitted to robbing the Plymouth Savings Bank on September 3, 2002, along with Charles Armstrong ("Armstrong").

15.   On the morning of September 3, 2002, Armstrong picked up Cassano in his vehicle, a Chrysler 300, black in color, and drove to Middleborough.  Just prior to committing this robbery, Cassano stole a vehicle from the parking lot of the Christmas Tree Shop, which is located near Plymouth Savings Bank.  Cassano stole a Chevrolet automobile, possibly a Z24 model, red and silver in color.  Cassano, driving the stolen vehicle, and Armstrong, driving his vehicle, proceed to the vehicle switch site.  Armstrong parked his vehicle on the opposite side of a tall, wooden, stockade fence, which was behind a building located adjacent to Plymouth Savings Bank.

16.   Cassano drove into the bank parking lot and backed up to the bank, near the front door.  Cassano entered the bank and jumped over the teller counter.  Cassano placed the money he retrieved from several teller drawers into a burlap type bag. Cassano exited the bank and drove the stolen vehicle to the switch site.  Prior to exiting the vehicle, Cassano removed his

mask.   Cassano exited the stolen vehicle and climbed over the wooden fence.   When he exited the stolen vehicle, Cassano observed three male individuals standing behind the building looking at him.   Cassano got into Armstrong's vehicle, which was running, and drove away.

17.   Cassano recalls getting approximately sixteen thousand dollars ($16,000) from this robbery.   Cassano gave Armstrong approximately four thousand dollars ($4,000) and kept approximately twelve thousand dollars ($12,000).

18.   Cassano stated he used a toy hand gun during this robbery.   Cassano wore a gray, hooded, Spaulding sweatshirt, sweat pants, tennis shoes, and a mask made from a dark colored sweatshirt.   Cassano dropped this mask on the ground after he climbed over the fence at the vehicle switch site.

19.   Based on the information set forth above, and my training and experience as a Special Agent, I believe that there is probable cause to conclude that on September 3, 2002, Richard Cassano, by force and violence, or by intimidation, took from the person and presence of employees of Plymouth Savings Bank, 151 Campanelli Drive, Middleborough, MA, money belonging to and in the custody, control, management, and possession of Plymouth Savings Bank, a federally insured financial institutions, in

violation of 18 U.S.C. Section 2113(a).


_SA Kenneth J Benton_

SA KENNETH J. BENTON
Special Agent
Federal Bureau of Investigation
Boston, Massachusetts


Subscribed and sworn to before me
this _10th_ day of September, 2003

_Charles B. Swartwood III_

CHARLES B. SWARTWOOD III
United States Magistrate Judge